1  Verna Popo, Esq. SBN (FLORIDA 16900)
2  THE LAW OFFICE OF VERNA POPO, PA
3  1110 Brickell Ave., Ste. 430
4  Miami, FL 33131
5  Telephone: (305) 746-1908
6  Facsimile:   (817) 412-0896
7  E-Mail:      verna.popo@gmail.com

9  Attorney for Charging Party
10 Sidney Scott

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                                    Plaintiff,<br><br>v.<br><br>THE BAY CLUBS COMPANY, LLC, and BAY CLUB FAIRBANKS RANCH, LLC, collectively dba FAIRBANKS RANCH COUNTRY CLUB, and DOES 1-10, inclusive<br><br>                                    Defendants. | Case No.:  18-cv-1853-W-AGS<br><br>**NOTICE OF WITHDRAWAL FOR VERNA POPO, AS ATTORNEY FOR CHARGING PARTY, SIDNEY SCOTT** |

1

TO THE CLERK, HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, DEFENDANTS, AND ALL ATTORNEYS OF RECORD:

Verna Popo is serving notice that she is withdrawing as the attorney of record for Charging Party, Sidney Scott, in this matter. Accordingly, Attorney Popo should no longer receive notices via the Court's CM/ECF system for this matter. All future notices should be emailed directly to Ms. Scott at her email: sidneyscott144@gmail.com

## CERTIFICATE OF SERVICE

I am and was at the time the herein mentioned service took place, a citizen of the United States, and over the age of eighteen (18) years.

I am employed with the Law Office of Verna Popo, P.A. My business address is 1110 Brickell Ave., Ste. 430, Miami, FL 33131.

On March 24, 2021, I had the foregoing NOTICE OF WITHDRAWAL filed electronically via the Court's CM/ECF system, with service to:

**Attorneys for Plaintiff,**
**U.S. Equal Employment Opportunity Commission**

Anna Y Park
anna.park@eeoc.gov

Connie K Liem
connie.liem@eeoc.gov

Natalie Nardecchia
natalie.nardecchia@eeoc.gov

**Attorneys for Defendant**
**Bay Club Fairbanks Ranch, LLC**

Kathryn Boyd Fox
kfox@buchalter.com

Tracy Anne Warren
twarren@buchalter.com

**Attorney for Defendant**
**The Bay Clubs Company, LLC**

Kathryn Boyd Fox
kfox@buchalter.com

**Charging Party, Sidney Scott**
Sidney Scott
sidneyscott144@gmail.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2021 at Cincinnati, Ohio.

By: /s/ Verna Popo

Verna Popo
Attorney for Charging Party Sidney Scott
E-Mail: verna.popo@gmail.com