**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
APR 15 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Bay Club Fairbanks Ranch, LLC, et. al.,<br><br>　　　　　　　　　Defendant(s) | CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE<br><br>Case No.: 18cv1853-W-AGS |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

　　The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Andrew G. Schopler to decide:
　　(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,
　　(2) all disputes arising out of the terms of the Consent Decree once completed;
AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be FINAL AND BINDING AND FROM WHICH THE PARTIES SPECIFICALLY WAIVE ANY RIGHT TO APPEAL.
　　The parties intend to provide Magistrate Judge Andrew G. Schopler with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of his authority, Magistrate Judge Andrew G. Schopler may impose any sanction or penalty he deems appropriate, which, in his sole discretion, he believes is commensurate with the nature and severity of the dispute and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. § 636(e).
　　This consent is valid for a period of five (5) years from the date this order is signed by the District Judge;

| | |
|---|---|
| Signature: S/Connie K. Liem<br>E-Mail: connie.liem@eeoc.gov. | Signature: S/Tracy Warren<br>E-Mail: twarren@buchalter.com |
| Connie K. Liem<br>EEOC Trial Attorney<br>Attorney for Plaintiff<br>U.S. Equal Employment Opportunity Commission | Tracy Warren<br>BUCHALTER, APC<br>Attorney for Defendants<br>Bay Club Fairbanks Ranch, LLC<br>The Bay Clubs Company, LLC |
| Date: April 8, 2021 | Date: April 8, 2021 |

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to the Honorable Andrew G. Schopler, United States Magistrate Judge, for all settlement proceedings, including all disputes regarding interpretation and enforcement of the terms of the settlement agreement, and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the foregoing consent of the parties.

_____4/13/21_____          _____
Date                                United States District Judge